IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bassett, Loretta

Printed: 12/28/07

Case Number: 07 B 11842
Judge: Squires, John H
Filed: 7/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 30, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 945.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 893.97 |
| Trustee Fee: |  | 51.03 |
| Other Funds: |  | 0.00 |
| Totals: | 945.00 | 945.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,414.00 | 893.97 |
| 2. | Freemont Investment | Secured | 9,300.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 27,998.44 | 0.00 |
| 4. | Capital One | Unsecured | 1,802.01 | 0.00 |
| 5. | CRB Service | Unsecured | 212.00 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 20,411.46 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 900.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,436.28 | 0.00 |
| 9. | Good Samaritan Hospital | Unsecured | 4,249.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 545.71 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 1,370.83 | 0.00 |
| 12. | CorTrust Bank | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 14. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 16. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 17. | Allstate Insurance Company | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 69,639.73 | $ 893.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.03 |
|  | _____ |
|  | $ 51.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bassett, Loretta | Case Number:  07 B 11842 |
| | Judge:  Squires, John H |
| Printed:  12/28/07 | Filed:  7/3/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

